UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ERIC JACOBSON, | CASE NO. C23-5330 MJP |
| Petitioner, | ORDER OF DISMISSAL |
| v. | |
| CHERYL STRANGE, et al., | |
| Respondents. | |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge and the remaining record, and noting the lack of any objections, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's request for an evidentiary hearing is DENIED.

(3) The 28 U.S.C. § 2254 habeas petition is DENIED, and the matter is DISMISSED with prejudice.

(4) Petitioner is DENIED issuance of a certificate of appealability.

(5) The Clerk shall provide copies of this Order to the parties.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 15, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER OF DISMISSAL - 2